# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

**FILED**

Nov 15 2018

**Clerk, U.S. District Court**
**Western District of Texas**

By: _____*CR*_____
**Deputy**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | CASE NUMBER: **EP:18-M -08358(1) ATB** |
| vs. | § | USM Number: |
| | § | |
| **(1) GILGRACIER DE ALMEIDA** | § | |

Defendant.

## JUDGMENT IN A CRIMINAL CASE
### (For A Petty Offense) - Short Form

The defendant, Gilgracier De Almeida, was represented by counsel, Henry Lawrence Chisolm.

The defendant pled guilty to the complaint on November 16, 2018. Accordingly, the defendant is adjudged guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense |
|---|---|---|
| 8 USC 1325(a)(1) | IMPROPER ENTRY BY AN ALIEN | November 10, 2018 |

As pronounced on November 16, 2018, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of **Time Served**. The defendant shall remain in custody pending service of sentence.

The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because of reasonable efforts to collect this assessment are not likely to be effective.

Signed on this day, November 15, 2018.

_____
ANNE T. BERTON
UNITED STATES MAGISTRATE JUDGE

# United States District Court
## Western District of Texas
## El Paso Division

INITIAL APPEARANCE, PLEA AND SENTENCE

**Case Number: EP:18-M -08358(1) ATB**

DEFENDANT'S NAME:                           ATTY FOR DEFENDANT:
Gilgracier De Almeida                        Henry Lawrence Chisolm

| | | | | |
|---|---|---|---|---|
| JUDGE: | ANNE T. BERTON | AUSA: | Miguel Acosta | |
| DEPUTY CLERK: | Cecilia Rodriguez | INTERPRETER: | X Yes | No |
| COURT REPORTER: | ERO | PROB. OFFICER | | |
| | | PRETRIAL OFFICER: | | |
| DATE: | November 16, 2018 | TIME: **0** Minutes | 4:28-4:40 p.m. | |

PROCEEDINGS                                 DFT NO.          [DftNo1]          [DftNo2]

| | | | |
|---|---|---|---|
| X | INITIAL APPEARANCE HELD | X | |
| X | ARRAIGNMENT HELD | X | |
| X | DFT INFORMED OF RIGHTS/oral consent to plea | X | |
| X | GUILTY   DEFT [DftNo1] COUNT(S):   COMPLAINT | | |
| X | GUILTY PLEA ACCEPTED BY THE COURT | X | |
| | Information Filed On _____ | | |
| | Motion to Dismiss Complaint filed on _____ | | |
| | Court Grants Motion to Dismiss on _____ | | |
| | Order Dismissing Complaint entered on _____ | | |
| X | Oral Motion by AUSA to Remit Special Assessment | X | |
| X | Oral Order Granting Oral Motion to Remit Special Assessment | X | |
| X | SENTENCING HELD: Defendant sentenced to **Time Served**; No Fine; S/A REMITTED. | | |

OTHER:_____

# United States District Court

**Western District of Texas**

**El Paso Division**

FILED

Nov 16 2018

Clerk, U.S. District Court
Western District of

Texas

By: _____ *CR* _____

Deputy

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| vs. | § | **No: EP:18-M -08358(1)** |
| | § | |
| **(1) GILGRACIER DE ALMEIDA** | § | |
| | § | |
| | § | |

*Defendant*

## ORDER APPOINTING COUNSEL

The above Defendant has testified under oath, or has otherwise satisfied this Court that he or she is financially unable to employ counsel, and does not wish to waive counsel.

Therefore, in the interests of justice, Henry Lawrence Chisolm, is hereby appointed, pursuant to the provisions of the Criminal Justice Act, to represent said Defendant in this case.

This appointment shall remain in effect until further order of the Court.

It is, accordingly, so **ORDERED** this the 16th day of November, 2018.

_____
ANNE T. BERTON
UNITED STATES MAGISTRATE JUDGE

# United States District Court

### Western District of Texas

### El Paso Division

**FILED**

November 16, 2018

Clerk, U.S. District Court
Western District of

Texas

By: _____ *CR*

Deputy

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| vs. | § | **Case Number:  EP:18-M -08358(1)** |
| | § | |
| **(1) GILGRACIER DE ALMEIDA** | § | |
| | § | |
| | § | |
| *Defendant* | | |

## ORDER SETTING  INITIAL APPEARANCE/ MISD ARRAIGNMENT

IT IS HEREBY ORDERED that the above entitled and numbered case is set for INITIAL APPEARANCE/ MISD ARRAIGNMENT in Magistrate Courtroom, Room 412, on the 4th Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, TX, on:

### Thursday, November 15, 2018,  at 03:00 PM

IT IS FURTHER ORDERED that the Clerk of the Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office, and any surety or custodian, if applicable.  Further, counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

IT IS SO ORDERED this **November 16, 2018.**


ANNE T. BERTON
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | CRIMINAL COMPLAINT |
| vs. | § | CASE NUMBER: EP:18-M -08358(1) - ATB |
| | § | |
| (1) GILGRACIER DE ALMEIDA | § | |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **November 10, 2018** in **El Paso** County, in the **WESTERN DISTRICT OF TEXAS** DEFENDANT did, being an alien to the United States, knowingly enter and attempt to enter the United States at a time and place other than as designated by immigration officers in violation of Title **8** United States Code, Section(s) **1325(a)(1)**.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: *"The Defendant, Gilgracier DE ALMEIDA, an alien to the United States and a citizen of Brazil, entered the United States from the Republic of Mexico by crossing the Rio Grande River on November 10, 2018, approximately .47 miles west of the Paso Del Norte Port of Entry at El Paso, Texas, in the Western District of Texas. The place where the Defendant entered is not designated as a Port of Entry by immigration officers."*

Continued on the attached sheet and made a part hereof: [X] Yes [ ] No

Sworn to before me,

Signature of Complainant
Rubio III, Ernesto
Border Patrol Agent

November 16, 2018
Date

at EL PASO, Texas
City and State

ANNE T. BERTON
UNITED STATES MAGISTRATE JUDGE

Signature of Judge
**OATH TELEPHONICALLY SWORN AT 01:19 P.M.
FED.R.CRIM.P. 4.1(b)(2)(A)**

CONTINUATION OF CRIMINAL COMPLAINT

WESTERN DISTRICT OF TEXAS

(1) GILGRACIER DE ALMEIDA

FACTS   (CONTINUED)

The Defendant, Gilgracier  DE ALMEIDA, an alien to the United States and a citizen of Brazil, entered the United States from the Republic of Mexico by crossing the Rio Grande River on November 10, 2018, approximately .47 miles west of the Paso Del Norte Port of Entry at El Paso, Texas, in the Western District of Texas.  The place where the Defendant entered is not designated as a Port of Entry by immigration officers.

Because this affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

IMMIGRATION HISTORY:
NONE

CRIMINAL HISTORY:
NONE