(W.D.T.X. Ref: 245H)(Rev. 01/05) - Judgement in a Criminal Case for a Petty Offense (Short Form)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED
Nov 15 2018
Clerk, U.S. District Court
Western District of Texas

By: _____CR_____
Deputy

UNITED STATES OF AMERICA §
§ CASE NUMBER: **EP:18-M-08358(1) ATB**
vs. § USM Number:
§
**(1) GILGRACIER DE ALMEIDA** §
§
Defendant.

**JUDGMENT IN A CRIMINAL CASE**
**(For A Petty Offense)** - Short Form

The defendant, Gilgracier De Almeida, was represented by counsel, Henry Lawrence Chisolm.

The defendant pled guilty to the complaint on November 16, 2018. Accordingly, the defendant is adjudged guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense |
|---|---|---|
| 8 USC 1325(a)(1) | IMPROPER ENTRY BY AN ALIEN | November 10, 2018 |

As pronounced on November 16, 2018, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of **Time Served**. The defendant shall remain in custody pending service of sentence.

The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because of reasonable efforts to collect this assessment are not likely to be effective.

Signed on this day, November 15, 2018.

ANNE T. BERTON
UNITED STATES MAGISTRATE JUDGE

Executed: 11/21/2018
By: _____
United States Marshal Service